IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| DONNA JEAN JACOBUS, ) | Civil Action No. 5:17-cv-3438-TMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of Defendant's Motion to Remand (ECF No. 17) and with the Plaintiff's consent (ECF NO. 17 at 2), it is hereby

**ORDERED** that Defendant's Motion (ECF NO. 17) is **GRANTED.** Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further administrative proceedings.[1]

**AND IT IS SO ORDERED.**

s/Timothy M. Cain
Timothy M. Cain
United States District Judge

May 21, 2018

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.